IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DERRICK HARRIS,

    Plaintiff,

vs.

COMPISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No. 3:14-cv-333

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

## ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 11)

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #11), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on May 18, 2015 (Doc. #11) is **ADOPTED** in full;

2. The Commissioner's non-disability determination is **AFFIRMED**; and

3. This case is **TERMINATED** on the docket of this Court.

Date: 6-8-15

*Walter H. Rice*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE